## BERGNER et al. v. HORN.

(Circuit Court of Appeals, Fourth Circuit. February 4, 1896.)

### No. 141.

Appeal from the Circuit Court of the United States for the District of Maryland.

This was a bill by William C. Horn, president of Koch, Sons & Co., an unincorporated joint stock company, against Frederick Bergner and others, for infringement of a patent. There was a decree for an injunction and an accounting (68 Fed. 428), from which defendants appealed.

H. T. Fenton and Edgar H. Gans, for appellants.
Alan D. Kenyon and William Houston Kenyon, for appellee.

Before GOFF and SIMONTON, Circuit Judges, and BRAWLEY, District Judge.

PER CURIAM. We see no error in the conclusion reached by the circuit court. The decree of that court is affirmed, with costs.

---

## EELLS v. COOK.

(Circuit Court of Appeals, Ninth Circuit. October 10, 1894.)

### No. 142.

Appeal from the Circuit Court of the United States for the District of Washington.

William H. Brinker, U. S. Atty.
F. Campbell, for appellee.
Reversed, on authority of Eells v. Ross, 12 C. C. A. 205, 64 Fed. 417.

---

## FOLSOM v. TOWNSHIP OF NINETY-SIX.

(Circuit Court of Appeals, Fourth Circuit. February 10, 1896.)

### No. 69.

Error to the Circuit Court of the United States for the District of South Carolina.

Shields & Shields, H. J. Hansworth, and J. W. Parker, for plaintiff in error.
Chas. Inglesby, Eugene B. Gary, and W. C. Miller, for defendant in error.
No opinion. Reversed and remanded, pursuant to the mandate of the United States supreme court. See 16 Sup. Ct. 174.